1  STELLA A. HAVKIN, #134334
   LITWAK & HAVKIN
2  6320 Canoga Avenue, #1500
   Woodland Hills, California 91367
3  Telephone: (818) 999-1568
   Facsimile: (818) 999-2867
4
   Attorneys for Debtors
5  FRANCISCO BERNAL MORALES and RUTH BERNAL

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Chapter: 13 |
| FRANCISCO BERNAL MORALES and RUTH BERNAL | Case No. 1:10-bk-10569-MT |
| Debtors. | **NOTICE OF APPLICATION OF STELLA HAVKIN FOR SUPPLEMENTAL FEES** |
| Social Security No. 3498 Debtor<br>Social Security No. 7400 Co-debtor | |

**TO THE HONORABLE MAUREEN TIGHE UNITED STATES BANKRUPTCY JUDGE, TO THE CREDITORS, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

**NOTICE IS HEREBY PROVIDED that a NOTICE IS HEREBY GIVEN THAT**:

Stella A. Havkin hereby seeks an order of this COURT allowing her supplemental fees in the amount of $917.80.

THIS APPLICATION MAY BE GRANTED WITHOUT A HEARING, PURSUANT TO BANKRUPTCY CODE §102(1). ANY PARTY IN INTEREST WHO WISHED TO OPPOSE THE APPLICATION MUST OBTAIN A HEATING DATE FROM THE COURTROOM DEPUTY AND MUST SERVE AND FILE OPPOSITION PAPERS WITHIN TWENTY-ONE (21) DAYS

Notice of Application for Supplemental Fees

Case 1:10-bk-10569-MT    Doc 33    Filed 06/05/10    Entered 06/05/10 14:02:31    Desc
                    Main Document      Page 2 of 7

1 | OF THE DATE OF SERVICE HEREOF, AND SERVICE MUST BE MADE UPON:

2 |           TRUSTEE:                                       ATTORNEY:

3 | Elizabeth Rojas                             Stella A. Havkin
    Chapter 13 Trustee                       Litwak and Havkin
4 | 15060 Ventura Blvd., #240         6320 Canoga Ave., #1500
    Sherman Oaks, CA 91403           Woodland Hills, CA 91367
5 |

6 |      Failure to serve and file an objection and request for hearing within 21 days after service of

7 | this notice shall constitute a waiver of objection to the foregoing. This notice shall constitute an

8 | application if one is required to the local bankruptcy rules.

9 |

10 |      For further information, refer to the Court file or contact the undersigned.

11 |

12 | Dated: 6/5/10                                   /s/ Stella A. Havkin
                                                                Attorney for Debtors

28 | Notice of Application for Supplemental Fees

STELLA A. HAVKIN, #134334
LITWAK & HAVKIN
6320 Canoga Avenue, #1500
Woodland Hills, California 91367
Telephone: (818) 999-1568
Facsimile: (818) 999-2867

Attorneys for Debtors
FRANCISCO BERNAL MORALES and RUTH BERNAL

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re:

FRANCISCO BERNAL MORALES and
RUTH BERNAL

    Debtors.

Social Security No. 3498 Debtor
Social Security No. 7400 Co-debtor

Chapter: 13

Case No. 1:10-bk-10569-MT

**APPLICATION OF STELLA A.
HAVKIN FOR SUPPLEMENTAL FEES**

**TO THE HONORABLE MAUREEN TIGHE UNITED STATES BANKRUPTCY JUDGE, TO THE CREDITORS, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

Applicant is counsel of record for the above-named Debtor who is under a confirmed Chapter 13 Plan. Fees were awarded for confirmation in the amount of $2,500.00. Supplemental fees have been awarded as follows: $0.00. Total fees awarded to date: $2,500.00. Additional pending supplemental fee applications amount to $0.00.

**While working towards or since** confirmation of said Plan, Applicant has performed certain extraordinary services at the request for the Debtor as follows:

Application for Supplemental Fees

| DATE | ACTIVITY | HOURS |
|------|----------|-------|

**SEE EXHIBIT "A" WHICH IS THE ATTACHED BILLING STATEMENT**

The reasonable value of said services is $917.80 of which $0.00 has been paid.

WHEREFORE, the Applicant prays that an allowance be made in the sum of $917.80.

Dated: 6/5/10            /s/ Stella A. Havkin
                         Attorney for Debtors

Application for Supplemental Fees

- 2 -

EXHIBIT "A"

**LITWAK & HAVKIN**
**ATTORNEYS AT LAW**
**6320 CANOGA AVENUE, #1500**
**WOODLAND HILLS, CALIFORNIA 91367**
**Telephone (818) 999-1568**
**Facsimile (818) 999-2867**

April 26, 2010

Re:    Chapter 13 Bankruptcy – Francisco & Ruth Bernal

Professional Services

| Date | Description | Rate | Amount |
|---|---|---|---|
| 3/27/2010 | Prepare and file Motion to Avoid 2nd Trust Deed. | $300.00/hr. 2.4 hr | $720.00 |
| 4/26/2010 | Prepare order. | $300.00/hr. .4 hr | $120.00 |
| 4/26/2010 | Copies | | 52.80 |
|  | Postage | | 25.00 |
|  |  | | 77.80 |
|  | For professional services rendered | 2.8 hr | $840.00 |
|  | Balance due | | $917.80 |

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____  _____
*Date*      *Type Name*        *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*         **F 9013-3.1**