STELLA A. HAVKIN, Bar No. 134334
LITWAK & HAVKIN
ATTORNEYS AT LAW
6320 Canoga Avenue, Suite 1500
Woodland Hills, CA 91367
Telephone: (818) 999-1568
Facsimile: (818) 999-2867

Attorneys for Debtors
FRANCISCO BERNAL MORALES AND RUTH A. BERNAL

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>FRANCISCO BERNAL MORALES<br>AND RUTH A. BERNAL,<br><br>Debtors. | Chapter 13<br><br>Case No. :1:10-bk-10569-MT<br><br>**DECLARATION OF STELLA A. HAVKIN RE: LACK OF OPPOSITION TO APPLICATION OF STELLA A. HAVKIN FOR SUPPLEMENTAL FEES** |

**DECLARATION OF STELLA A. HAVKIN**

I, Stella A. Havkin, declare:

1. I am an attorney at law licensed to practice before all of the courts of the State of California and this Court. I am attorney of record for the Debtors Francisco and Ruth Bernal. All of the facts stated herein are true and correct to the best of my personal knowledge.

2. I submit this Declaration in support of my application for supplemental fees.

3. The Notice of Application and Application were filed and served on June 5,

Declaration of Nonopposition

2010. A true and correct copy of the Notice of Application and Application are attached hereto as Exhibit "1." An opposition was due to be filed within 21 from service. More than 21 days have passed and no opposition was filed or served on me at the address set forth in the notice. Therefore, no hearing is required. The proposed order is lodged concurrently herewith. Thus, I request that the Court enter an order granting the supplemental fee application set forth therein.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct

Executed this 6th day July, 2010 at Woodland Hills, California.

                         //Stella A. Havkin
                            Stella A. Havkin

Declaration of Nonopposition        - 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 1**

Declaration of Nonopposition                - 3 -

## File a Motion:

1:10-bk-10569-MT Francisco Bernal Morales and Ruth A Bernal
Type: bk                  Chapter: 13 v              Office: 1 (San Fernando Valley)
Assets: n                 Judge: MT

## U.S. Bankruptcy Court

## Central District Of California

Notice of Electronic Filing

The following transaction was received from Stella A Havkin entered on 6/5/2010 at 2:02 PM PDT and filed on 6/5/2010
**Case Name:**        Francisco Bernal Morales and Ruth A Bernal
**Case Number:**      1:10-bk-10569-MT
**Document Number:** 33

**Docket Text:**
Application for Compensation *and Notice of Application* for Stella A Havkin, Debtor's Attorney, Period: 3/27/2010 to 4/26/2010, Fee: $840.00, Expenses: $77.80. Filed by Attorney Stella A Havkin (Havkin, Stella)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\noticeofapplicationandapplication.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=6/5/2010] [FileNumber=35123625-0
] [7a0efa6c6107210db11bb1ef280b77378c88e2ca503e4c89bf99576008817293124b
f70d56a658264729a67026683ca9f5290c87655e077a7b9fcae1283b30f2e]]

**1:10-bk-10569-MT Notice will be electronically mailed to:**

Stella A Havkin on behalf of Debtor Francisco Morales
havkinlaw@earthlink.net

Elizabeth (SV) F Rojas
cacb_ecf_sv@ch13wla.com

Ramesh Singh on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:10-bk-10569-MT Notice will not be electronically mailed to:**

1  STELLA A. HAVKIN, #134334
   LITWAK & HAVKIN
2  6320 Canoga Avenue, #1500
   Woodland Hills, California 91367
3  Telephone: (818) 999-1568
   Facsimile: (818) 999-2867
4
   Attorneys for Debtors
5  FRANCISCO BERNAL MORALES and RUTH BERNAL

6

7
                    UNITED STATES BANKRUPTCY COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9

10
   In re:                              )    Chapter: 13
11                                      )
   FRANCISCO BERNAL MORALES and         )    Case No. 1:10-bk-10569-MT
12 RUTH BERNAL                          )
                                        )
13            Debtors.                  )
                                        )    NOTICE OF APPLICATION OF STELLA
14                                      )    HAVKIN FOR SUPPLEMENTAL FEES
                                        )
15 Social Security No. 3498 Debtor      )
   Social Security No. 7400 Co-debtor   )
16 _____  )

17

18     TO THE HONORABLE MAUREEN TIGHE UNITED STATES BANKRUPTCY

19 JUDGE, TO THE CREDITORS, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED

20 PARTIES:

21     **NOTICE IS HEREBY PROVIDED that a NOTICE IS HEREBY GIVEN THAT.**

22     Stella A. Havkin hereby seeks an order of this COURT allowing her supplemental fees in the

23 amount of $917.80.

24     THIS APPLICATION MAY BE GRANTED WITHOUT A HEARING, PURSUANT TO

25 BANKRUPTCY CODE §102(1). ANY PARTY IN INTEREST WHO WISHED TO OPPOSE THE

26 APPLICATION MUST OBTAIN A HEARING DATE FROM THE COURTROOM DEPUTY

27 AND MUST SERVE AND FILE OPPOSITION PAPERS WITHIN TWENTY-ONE (21) DAYS

28 Notice of Application for Supplemental Fees

1 | OF THE DATE OF SERVICE HEREOF, AND SERVICE MUST BE MADE UPON:

2 |       TRUSTEE:                    ATTORNEY:

3 | Elizabeth Rojas                Stella A. Havkin
   Chapter 13 Trustee          Litwak and Havkin
4 | 15060 Ventura Blvd., #240   6320 Canoga Ave., #1500
   Sherman Oaks, CA 91403   Woodland Hills, CA 91367

6 | Failure to serve and file an objection and request for hearing within 21 days after service of

7 | this notice shall constitute a waiver of objection to the foregoing. This notice shall constitute an

8 | application if one is required to the local bankruptcy rules.

10 | For further information, refer to the Court file or contact the undersigned.

12 | Dated: 6/5/10                     /s/ Stella A. Havkin
                                                    Attorney for Debtors

28 | Notice of Application for Supplemental Fees

- 2 -

1  STELLA A. HAVKIN, #134334
   LITWAK & HAVKIN
2  6320 Canoga Avenue, #1500
   Woodland Hills, California 91367
3  Telephone: (818) 999-1568
   Facsimile: (818) 999-2867
4
   Attorneys for Debtors
5  FRANCISCO BERNAL MORALES and RUTH BERNAL

6

7
                    UNITED STATES BANKRUPTCY COURT
8
                     CENTRAL DISTRICT OF CALIFORNIA
9

10
   In re                              )   Chapter 13
11                                     )
   FRANCISCO BERNAL MORALES and       )
12 RUTH BERNAL                         )
                                       )   Case No. 1:10-bk-10569-MT
13             Debtors                 )
                                       )   APPLICATION OF STELLA A.
14                                     )   HAVKIN FOR SUPPLEMENTAL FEES
                                       )
15 Social Security No. 3498 Debtor     )
   Social Security No. 7400 Co-debtor  )
16 _____   )

17

18        TO THE HONORABLE MAUREEN TIGHE UNITED STATES BANKRUPTCY

19 JUDGE, TO THE CREDITORS, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED

20 PARTIES:

21        Applicant is counsel of record for the above-named Debtor who is under a confirmed Chapter

22 13 Plan. Fees were awarded for confirmation in the amount of $2,500.00. Supplemental fees have

23 been awarded as follows: $0.00. Total fees awarded to date: $2,500.00. Additional pending

24 supplemental fee applications amount to $0.00

25        **While working towards or since** confirmation of said Plan, Applicant has performed certain

26 extraordinary services at the request for the Debtor as follows:

27

28 Application for Supplemental Fees

| | DATE | ACTIVITY | HOURS |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | **SEE EXHIBIT "A" WHICH IS THE ATTACHED BILLING STATEMENT** | | |

The reasonable value of said services is $917.80 of which $0.00 has been paid.

WHEREFORE, the Applicant prays that an allowance be made in the sum of $917.80

Dated: 6/5/10    /s/ Stella A. Havkin
Attorney for Debtors

Application for Supplemental Fees

- 2 -

EXHIBIT "A"

**LITWAK & HAVKIN**
**ATTORNEYS AT LAW**
**6320 CANOGA AVENUE, #1500**
**WOODLAND HILLS, CALIFORNIA 91367**
Telephone (818) 999-1568
Facsimile (818) 999-2867

April 26, 2010

Re:   Chapter 13 Bankruptcy – Francisco & Ruth Bernal

     Professional Services

| Date | Description | Rate | Amount |
|---|---|---|---|
| 3/27/2010 | Prepare and file Motion to Avoid 2nd Trust Deed. | $300.00/hr. 2.4 hr | $720.00 |
| 4/26/2010 | Prepare order | $300.00/hr. .4 hr | $120.00 |
| 4/26/2010 | Copies | | 52.80 |
|  | Postage | | 25.00 |
|  |  |  | 77.80 |
|  | For professional services rendered | 2.8 hr | $840.00 |
|  | Balance due |  | $917.80 |

| In re: | CHAPTER. **13** |
|---|---|
| **Francisco Morales Bernal, Ruth A. Bernal** <br> Debtor(s) | CASE NUMBER. **1:10-bk-10569-MT** |

**NOTE.** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6320 Canoga Avenue, #1500, Woodland Hills, CA 91367

A true and correct copy of the foregoing document described as **NOTICE OF APPLICATION AND APPLICATION FOR SUPPLEMENTAL FEES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **6/5/10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

ecfn@trustee13.com
havkinlaw@earthlink.net
ustpregion16.wp.edf@usdoj.gov
claims@recoverycorp.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **6/7/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Elizabeth Rojas Chapter 13 Trustee
15060 Ventura Boulevard, #240
Sherman Oaks, CA 91403
(VIA FIRST CLASS MAIL)

Honorable Maureen Tighe, USBJ
21041 Burbank Blvd., #325
Woodland Hills, CA 91367
(VIA FIRST CLASS MAIL)

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P 5 and/or controlling LBR, on **6/5/10** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor(s)
(VIA E-MAIL; ADDRESS PROTECTED
BY ATTORNEY-CLIENT PRIVILEGE)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 7, 2010 | Stella A. Havkin | /s/ Stella A. Havkin |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                            **F 9013-3.1**

| In re: | | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NUMBER: |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:




☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.




☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.




☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____
*Date*          *Type Name*        *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                    **F 9013-3.1**